COMMONWEALTH *vs.* JEREMIAH DESMOND.

Essex.    November 7. — 8, 1877.    MORTON & SOULE, JJ., absent.

The rules, relating to the construction of repealing statutes, enacted by the St. of 1869, c. 410, are to be deemed part of every repealing statute since passed, as much as if expressly inserted therein, unless the later statute clearly manifests a different intention.

INDICTMENT on the St. of 1874, c. 356, for illegal voting, found by the grand jury empanelled at January term 1876 of the Superior Court. After a verdict of guilty, the defendant, at January term 1877, moved in arrest of judgment, for the reason that " the statute, under which the indictment was framed, was repealed by the St. of 1876, c. 172," passed April 26, 1876.

The motion was overruled; and the defendant alleged exceptions.

*C. A. Benjamin,* for the defendant.

*W. C. Loring,* Assistant Attorney General, (*C. R. Train,* Attorney General, with him,) for the Commonwealth.

GRAY, C. J.   By the St. of 1869, *c.* 410, entitled " an act
to establish certain rules for .the construction of repealing stat-
utes," it is enacted that " in the construction of all statutes here-
after enacted the following rules shall be observed, unless such
construction would be repugnant to the express terms of the
same statute." The general rules so established are to be
deemed part of every repealing statute since passed, as much
as if expressly inserted therein, unless the later statute clearly
manifests a different intention.   One of these rules is that the
repeal of an act shall not affect any prosecution pending at the
time of the repeal for an. offence committed under the act re-
pealed.   The St. of 1876, *c.* 172, § 4, which simply enacts that
the St. of 1874, *c.* 356, " is hereby repealed," does not therefore
affect this prosecution, which was pending under the St. of 1874
when the St. of 1876 was passed.         *Exceptions overruled.*